# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| United States *ex rel.*, | ) |
| ELIZABETH POWELL, | ) |
| Relator, | ) Case No. 10-00487-RRA |
| Plaintiff, | ) |
| v. | ) |
| THE PROCTER & GAMBLE COMPANY, | ) |
| Defendant. | ) |

## DEFENDANTS' ARTICLE II MOTION TO DISMISS, WITH PREJUDICE

Defendant The Procter & Gamble Company ("P&G") hereby moves the Court pursuant to FED. R. CIV. P. 12(b)(1) for an Order dismissing putative relator Elizabeth Powell's ("Ms. Powell's") complaint against P&G, with prejudice. The reasons for this motion are set forth in the opening brief and exhibits being submitted in support of this motion.

Respectfully submitted on this the 15th day of March, 2011.

>  */s/ David M. Maiorana*
> Walter William Bates (ASB-7202-E49W)
> Jay M. Ezelle (ASB-4744-Z72J)
> STARNES DAVIS FLORIE LLP
> Seventh Floor, 100 Brookwood Place
> P. O. Box 598512
> Birmingham, AL 35259-8512
> (205) 868-6000
> e-mail: bbates@starneslaw.com
>          jezelle@starneslaw.com
>
> OF COUNSEL:
>
> David M. Maiorana (admitted *pro hac vice*)
> Susan M. Gerber (admitted *pro hac vice*)
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio 44114-1190
> (216) 586-3939
> e-mail: dmaiorana@jonesday.com
>          smgerber@jonesday.com
>
> **Attorneys for**
> **The Procter & Gamble Company**

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on this the 15th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| W. Lewis Garrison, Jr. | wlgarrison@hgdlawfirm.com |
| Timothy C. Davis | tdavis@hgdlawfirm.com |
| Jeffrey P. Leonard | jleonard@hgdlawfirm.com |
| Brian Hancock | bhancock@hgdlawfirm.com |

*/s/ David M. Maiorana*
David M. Maiorana (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939