# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| United States *ex rel.*, ) <br> ) <br> ELIZABETH POWELL, ) <br> ) <br> Relator, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PROCTER & GAMBLE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-00487-RRA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff/Relator Elizabeth Powell ("Powell") and Defendant The Procter & Gamble Company ("P&G"), jointly stipulate as follows:

1. Powell and P&G have agreed to settle their disputes in this action.

2. Powell consents to dismissal with prejudice of all of her claims in both of the complaints filed in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. Powell and P&G agree that they each shall bear their own attorney fees and costs incurred in connection with this action.

4. Powell and P&G agree that P&G and those acting in concert therewith may have a reasonable period of time in which to sell inventory that has been manufactured on or before the date of this order without further liability.

Dated:  March 25, 2011

| | |
|---|---|
| /s/ Jeffrey P. Leonard | /s/ Jay M. Ezelle |
| W. Lewis Garrison, Jr. | Walter William Bates |
| Ala. Bar No. ASB-3591-N74W | Ala. Bar No. ASB-7202-E49W |
| Timothy C. Davis | Jay M. Ezelle |
| Ala. Bar No. ASB-6834-D63T | Ala. Bar No. ASB-4744-Z72J |
| Jeffrey P. Leonard | STARNES DAVIS FLORIE LLP |
| Ala. Bar No. ASB-2573-J67L | Seventh Floor, 100 Brookwood Place |
| HENINGER GARRISON & DAVIS, LLC | P. O. Box 598512 |
| | Birmingham, AL 35259-8512 |
| 2224 1st Avenue North | Tel:  (205) 868-6000 |
| Post Office Box 11310 (35202) | e-mail: bbates@starneslaw.com |
| Birmingham, Alabama 35203 | jezelle@starneslaw.com |
| Tel: (205) 326-3336 | |
| e-mail: wlgarrison@hgdlawfirm.com | OF COUNSEL: |
|          tdavis@hgdlawfirm.com | |
|          jleonard@hgdlawfirm.com | David M. Maiorana (admitted *pro hac vice*) |
| | Susan M. Gerber (admitted *pro hac vice*) |
| **Attorneys for Plaintiff-Relator Elizabeth Powell** | JONES DAY |
| | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114-1190 |
| | Tel:  (216) 586-3939 |
| | e-mail: dmaiorana@jonesday.com |
| |          smgerber@jonesday.com |
| | |
| | **Attorneys for Defendant The Procter & Gamble Company** |

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 25th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                          /s/ Jeffrey Leonard
                                          Jeffrey Leonard

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| United States *ex rel.*, ) <br> ) <br> ELIZABETH POWELL, ) <br> ) <br> Relator, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PROCTER & GAMBLE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No. 10-00487-RRA |

## ORDER OF DISMISSAL

In light of the stipulation of dismissal between Plaintiff/Relator Elizabeth Powell ("Powell") and Defendant The Procter & Gamble Company ("P&G"), the Court HEREBY ORDERS as follows:

1. Powell and P&G have agreed to settle their disputes in this action.

2. Powell consents to dismissal with prejudice of all of her claims in both of the complaints filed in this action.

3. Powell and P&G shall bear their own attorney fees and costs incurred in connection with this action.

  4.  P&G and those acting in concert therewith may have a reasonable period of time in which to sell inventory that has been manufactured on or before the date of this order without further liability.

  5.  Powell's false patent marking claims against P&G, as set forth in both complaints filed in this action, are hereby dismissed with prejudice.

  Done this ___ day of _____ 2011.

            _____
            UNITED STATES MAGISTRATE JUDGE
            ROBERT R. ARMSTRONG